1  KENNETH E. KELLER (SBN: 71450) (kkeller@kksrr.com)
   ANNE E. KEARNS (SBN: 183336) (akearns@kksrr.com)           **E-filed 3/20/06**
2  KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
   114 Sansome Street, 4th Floor
3  San Francisco, CA 94104
4  Telephone: (415) 249-8330
   Facsimile: (415) 249-8333
5
6  Attorneys for Plaintiff BERCUT-VANDERVOORT & CO.

7  KENNETH B. WILSON (SBN 130009) (kwilson@perkinscoie.com)
   K.C. ALLAN (SBN 231866) (kallan@perkinscoie.com)
8  PERKINS COIE LLP
   180 Townsend Street, Third Floor
9  San Francisco, CA 94107-1909
   Telephone: (415) 344-7000
10 Facsimile: (415) 344-7050

11 Attorneys for Defendant MAISON TARRIDE
12 LEDROIT & CIE

13

14                     UNITED STATES DISTRICT COURT

15                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                             SAN JOSE DIVISION

17
   BERCUT-VANDERVOORT & CO., a           ) Case No.: C-05-5122 JF
18 California corporation,                )
                                          ) **STIPULATION AND [PROPOSED]**
19              Plaintiff,                ) **ORDER TO CONTINUE CASE**
                                          ) **MANAGEMENT CONFERENCE**
20       v.                               )
                                          ) Date of Initial CMC: April 14, 2006
21 MAISON TARRIDE LEDROIT & CIE, a        ) Time: 10:30 a.m.
22 French company,                        ) Judge: The Honorable Jeremy Fogel
                                          ) Courtroom: 3
23              Defendant.                )
                                          )
24                                        )
                                          )
25 _____ )

26

27       Pursuant to Civil L.R., Rule 16-2(e), Plaintiff BERCUT-VANDERVOORT & CO. and

28

Stipulation and [Proposed] Order
Case Number C-05-5122 JF                                                        1

1  Defendant MAISON TARRIDE LEDROIT & CIE, by and through their respective counsel,
2  hereby stipulate, effective upon order of the Court, as follows:
3      That the Case Management Conference initially scheduled for April 14, 2006 at 10:30 a.m.
4  is continued to May 5, 2006 at 10:30 a.m. in Courtroom 3 of the above-referenced Court, due to the
5  Court's unavailability.

Dated: March 10, 2006          KRIEG, KELLER, SLOAN, REILEY & ROMAN LLP

By:_____/S/_____
ANNE E. KEARNS
Attorneys for Plaintiff BERCUT-VANDERVOORT & CO.

Dated: March 10, 2006          PERKINS COIE LLP

By:_____/S/_____
K.C. ALLAN
Attorneys for Defendant MAISON TARRIDE LEDROIT & CIE

PURSUANT TO STIPULATION, IT IS SO ORDERED

Date:   3/20/06                _____
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

70849

Stipulation and [Proposed] Order
Case Number C-05-5122 JF                                                         2