**United States District Court**
For the Northern District of California

**\*E-FILED 11/30/06\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERCUT-VANDERVOORT & CO., | NO. C 05-5122 JF (RS) |
| Plaintiff, | **ORDER DENYING LEAVE TO SEEK RECONSIDERATION** |
| v. | |
| MAISON TARRIDE LEDROIT & CIE, | |
| Defendant. | |

Before the Court is defendant's application under Civil Local Rule 7-9 for leave to seek reconsideration of the Court's order entered November 15, 2006. The application is denied. Although defendant has shown a change of circumstances in that the deposition now involves only a single designee, the Court noted at the at the prior hearing that it believed the same result would be warranted even if defendant designated only Mr. de Boisredon. While the equities supporting the protective order would be stronger as additional designees were added, plaintiff adequately established that there is no reason to depart from the ordinary rule as to the place of corporate depositions, and that it would be unduly burdened by doing so even with Mr. de Boisredon as the sole designee.

The parties are hereby directed, however, to engage in a further meet and confer effort to explore the possibility that Mr. de Boisredon's deposition could be taken in conjunction with any business trip that may bring him to this country sufficiently in advance of the trial, even if after the

1

1  discovery cut-off, in light of the mutual cost-savings that would likely result.

3  IT IS SO ORDERED.

4  Dated: November 30, 2006

    _____
    RICHARD SEEBORG
    United States Magistrate Judge

**United States District Court**
For the Northern District of California

28  ORDER
C 05-5122 JF (RS)

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Lila Inayat Bailey     lbailey@perkinscoie.com

Anne Elizabeth Kearns     akearns@kksrr.com, alau@kksrr.com

Kenneth E. Keller     kkeller@kksrr.com, alau@kksrr.com

Michael H. Rubin     mrubin@perkinscoie.com, sandrews@perkinscoie.com

Kenneth B. Wilson     kwilson@perkinscoie.com, eeberline@perkinscoie.com; sshanberg@perkinscoie.com; wriggs@perkinscoie.com; lbailey@perkinscoie.com; dhellmoldt@perkinscoie.com; mrubin@perkinscoie.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 11/30/06**                                                    **Chambers of Judge Richard Seeborg**

                                                                       **By:     /s/ BAK**

ORDER
C 05-5122 JF (RS)

3